UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| RICKY E. JOHNS, | ) |
| Claimant, | ) |
| v. | ) Case No. CV408-190 |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## **ORDER**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 23rd day of November, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RICKY E. JOHNS, | ) |
| Claimant, | ) |
| v. | ) Case No. CV408-190 |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Claimant Ricky Johns filed this social security appeal on September 26, 2008, but has since abandoned any effort to litigate it. (Doc. 1.) He has failed, for example, to brief his position, despite a generous briefing deadline extension granted by the Court. (Doc. 25.) The Court thus directed him to show cause why his case should not be dismissed. (Doc. 27.) It gave him 15 days to do so, but he has not responded.

Accordingly, pursuant to the Court's inherent power to police its docket, claimant's case should be **DISMISSED** without prejudice for failing to obey this Court's order. Local Rule 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.

1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).

**SO REPORTED AND RECOMMENDED** this <u>26th</u> day of October, 2009.

/s/ <u>G.R. SMITH</u><br>
**UNITED STATES MAGISTRATE JUDGE**<br>
**SOUTHERN DISTRICT OF GEORGIA**